**In re MICHAEL C.**

No. 81–611–M.P.

Supreme Court of Rhode Island.

Aug. 27, 1982.

William F. Reilly, Public Defender, Stephen C. Bridge, Asst. Public Defender, for petitioner.

**892**

### ORDER

Petition for Writ of Habeas Corpus denied without prejudice.